mously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

PAUL MARCUS, an Infant, by His Guardian ad Litem, ALICE MARCUS, Respondent, v. GRAGER REALTY CORP., Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

THE EMIGRANT INDUSTRIAL SAVINGS BANK, Respondent, v. SALISBURY SECURITIES CORPORATION and Others, Defendants, Impleaded with INTERSTATE REFRIGERATOR CORP., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

CENTRAL HANOVER BANK AND TRUST COMPANY, Respondent, v. NATIONAL SURETY CORPORATION, Appellant.— Order unanimously affirmed, with twenty dollar costs and disbursements, with leave to the defendant to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

JOHN PURCELLA, as Surviving Executor, etc., of PETER F. PIA, Deceased, Appellant, v. PETER A. PIANA, as Administrator, etc., of JOHN PIA, Deceased, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

MANUEL G. RODRIGUEZ, Appellant, v. WESTERN UNION TELEGRAPH COMPANY and POSTAL-TELEGRAPH-CABLE COMPANY, Respondents.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

SAMUEL H. HENIS, Respondent, v. CHARLES SHANKROFF, Appellant.— Orders unanimously affirmed, without costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

SAMUEL H. HENIS, Respondent, v. CHARLES SHANKROFF, Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $5,105; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of SAMUEL MANESS, an Attorney.— Reference ordered. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

## (March 25, 1937.)

RAFAEL AVERSA, Appellant, v. JAMES E. FINEGAN and Others, Composing and Constituting the Municipal Civil Service Commission of the City of New York, Respondents, and EDMUND B. BUTLER and Others, Appellants, Respondents, and WILLIAM HODSON, as Commissioner of The Department of Public Welfare of the City of New York, Defendant.— Judgment unanimously affirmed, without costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.